Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of Oregon

Portland Division

| | |
|---|---|
| Michael a. Gray <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Ho Jarmer #17892    C/o Garrick <br> LT. Vera Pool Commander   C/o Mason <br>                           Sgt Seals #37269 <br> Capt. Parks Lt Russell   C/o Ruiz #53414 <br>                           C/o Croteau #57679 <br>                           C/o Bloomster <br>                           Blanchard #47616 <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No.  3:24-cv-01727-MC <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: attorney Joseph Muldavin P.D. OSB#185474
101 S.W. Main St Suite 1100 Portland OR. 97204
All other names by which you have been known: Cameron Stiles
ID Number:
Current Institution: 21834 S.E. Oak St
Address: Portland, OR. 97216

City: Gresham   State: OR   Zip Code: 97030

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Capt Park Lt Russell #030623
Job or Title (if known): Multnomah County Sheriffs
Shield Number: Portland OR  MCDC 1120
Employer: S.W. Third Ave
Address: Portland OR

City:    State:    Zip Code: 97216

[X] Individual capacity    [X] Official capacity

Defendant No. 2
Name: Dep Reid / Seq Seals #37269
Job or Title (if known): Lieutenant Russell # Devaney
Shield Number: #53568
Employer: Multnomah County Sheriffs
Address: Office Portland OR

City:    State:    Zip Code: 97216

[X] Individual capacity    [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Multnomah County Sheriff office
Job or Title (if known): Dep D. Ruiz #53414 Sheriffs
Shield Number:
Employer: Multnomah County
Address: 1120 S.W. Third Ave
Portland, OR 97204
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name: M.C.D.C. County Jail
Job or Title (if known): Dep Garrick
Shield Number:
Employer: Multnomah County
Address: 1120 S.W. Third Ave
Portland, OR 97204
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Claims tortious action, "beat me" denied medical treatment / disability accommodation 8th and 14th amendment violations

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

each defendant was individually and officially acting under color of state or local law because they were employees of Multnomah County Sherriff's office.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On Feb 19th 2023 I was brutally attacked by Multnomah County Sherriff's Deputies while incarcerated at the Jail. I was having withdrawal symptoms when first entering the Jail and was hearing voices and covered my cell window and Deputy Ruiz called in Serg Seals #37269 order me to take/uncover my cell window which I didn't hear the orders by either officer. Serg Seals other a cert team to come into my cell and remove me (Mr Gray) and transport me to MCDC. which at this time 9 Deputy with Shield and stung gun Came in to my cell and I was on the Top Bunk as they entered my cell and reached up and grab me by my right hand pulling me down to the ground with me landing on my right knees. I felt pain in my arm and was injured by this that I couldn't stand

over

Page 4 of 11
Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

The first incident happened on 2/19/2023 1600 hrs
The second incident Feb 23rd/23 was forced to crawl 20 feet on the floor in order to have attorney call
The Third incident march 23/23 1956 hrs See write up & Tapes

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

2/19 was pulled off of top Bunk by Cert team injuring my Knee Back/right arm
2/23 was forced by Dep. Garrick's to crawl 20 feet back to my cell with out a wheel chair that was approvaled by Dr Platas to have. also have a affidavit by inmate Cameron Stiles on what happened. also have P.D. my attorney that can confeirm the phone call to me. deputies opened my cell for recreation time when asked for a wheelchair I was delyed me one and thats when Sgt Blanchard, c/o Reid and 2 other Dept came into my cell and beat me with
3/23rd Sgt Blanchard #4476 hitting me in the back of my head, Kicking me in the face and head 4761b MR Grays cell door was open to have recreation which time I was
Dep Reid delaid a wheelchair and told Deputies I needed a wheelchair to come out
Dept Croteau #57679 Croteau for day room I didn't fight back as I was in a wheelchair already. I was only asking after a chair that the Doc order me if to get around in. The chair was right out the door for officers to get for me. To this day 9/19/2024 I am awaiting surgery to my Back

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

First incident 2/19 I recived Injuries to my Knee/Back, Dis that will need sugery, right roller cuff is torn, see MRI medical records. I am schedule to see ortho for Surgery for that, see records for that. I am still in a wheelchair here at the prison now with physical therapy once a week. Multnomah County Health Dept Corrections has all my medial records as I my self have a copy. Chronic Back pain, degenerative disk, Shackles tight enough for scarring on leg. deputy placed me in Seg possible broken/fractured collarbone and ribs, coughed up blood for two weeks, had(2) black eyes, inability to move without assistance and was housed in Seg with no mattress or any amenities with disabled individuals like myself that was beat up

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$6,000
$30,000
$65,000
$6,000
$625,000
―――――
$732,000

Multnomah County Despite not being housed with no mattress, No amenitie despite his inability to move without assistance and getting a wheelchair 6000. not limited to negligence, assult, battery 30,000 in punitive damages for the course of the beating by ODOC officers of State actors who performed these tortious acts agest me. 65,000 for physical injury and 6000 for putty in restraint chair for hours and leaving shackles on so tight it cause Scarring. 625000 for the loss of my leg that will need surgery to fix. Pain and compensatory every day I have to wait to have surgery of my right Roll cuff shoulder and Dis 4/5 to have surgery due to the beating

I feel that I've been assault with emotional distress violate the American with Disbilitis so that my civil right have been violated. Was denied medical treatment and my disability accommodations hasn't been meat by the ODOC. I feel this punishment by Multnomah County detention at MCDC these officers and state actor unnecessary beat me and result in medical malpractic and causeing me serious injury and pain.

Page 5 of 11
Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Multnomah County Detention Center M.C.D.C.   OS.C.I   O.D.O.C

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[~~X~~] ~~No~~

[ ] Do not know

If yes, which claim(s)?

All claims

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Multnomah County Sheriff's office

2. What did you claim in your grievance?

   refuse wheelchair, assulted by MCDC

3. What was the result, if any?

   forwarded to Lt Russell Matter is under review

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   This is the next step after I filed the grievances and then tort claim. Their response to the grievance was:
   "This grievance is closed and no appeals are allowed DPSST Capt Parks"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   filed Grievance on 7-4-23

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   referral to ortho on 10/12/23 for shoulder and Back Sugerye
   Appeal DB# 33876  Seen by provider 10/12/23

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   It is important to note that the Sherriff's office closed the grievance process on me, not allowing me through the grievance process (see attached Exhibits)

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     _____

  3. Docket or index number
     _____

  4. Name of Judge assigned to your case
     _____

  5. Approximate date of filing lawsuit
     _____

  6. Is the case still pending?
     ☐ Yes
     ☐ No

     If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
     _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Note

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit
       Plaintiff(s) _____
       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    3. Docket or index number

    4. Name of Judge assigned to your case

    5. Approximate date of filing lawsuit

    6. Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~9-18-24~~ 10-7-24

Signature of Plaintiff: Michael A. Gray
Printed Name of Plaintiff: Michael A. Gray
Prison Identification #: #6320545 O.S.C.I
Prison Address: 3405 Deer Park Dr S.E
Salem, ORE 97310

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address:

Oregon Department of Corrections - AIC Mail

Institution: O.S.C.I

Name: Michael Gray  SID 6320545
Address: 3405 Deer Park Dr S.E
City: Salem   Oregon   ZIP 97310

NEOPOST
10/08/2024
US POSTAGE $002.59⁰
FIRST-CLASS MAIL
ZIP 97310
041M11463311

PRIORITY
LEGAL MAIL

Mark O Hatfield U.S. Courthouse
1000 S.W. Third Ave
Portland, Oregon.
97204