IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL A. GRAY,

Plaintiff,

v.

H/O JARMER; LT. VERA POOL, Commander; Capt. PARKS; LT. RUSSELL; C/O GARRICK; C/O MASON; SGT. SEALS; C/O RUIZ; C/O CROTEAU; C/O BLOOMSTER; BLANCHARD,

Defendants.

Case No. 3:24-cv-01727-CL

**ORDER**

AIKEN, District Judge:

Magistrate Judge Mark D. Clarke has filed a Findings and Recommendations ("F&R"), ECF No. 69, recommending that Plaintiff's motion for summary judgment, ECF No. 44, should be denied and Defendants' motion for summary judgment, ECF No. 49, should be denied with respect to Plaintiff's claim of excessive force against Sgt. Bloomster and granted in all other respects. Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

In this case, no objections have been filed and the time do so has passed. The Court has reviewed the F&R and the record and finds no error. The F&R, ECF No. 69, is therefore ADOPTED and Plaintiff's motion for summary judgment, ECF No. 44, is DENIED and Defendants' motion for summary judgment, ECF No. 49, is DENIED with respect to Plaintiff's claim of excessive force against Sgt. Bloomster and GRANTED with respect to all remaining claims.

It is so ORDERED and DATED this __23rd__ day of October 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge